COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Julie Fischer v. Sam Ramsey, Nancy Ramsey, Kurt Ronacher, Melissa Ronacher, and David A. Fettner, Court-Appointed Receiver

Appellate case number:   01-14-00743-CV

Trial court case number: 2007-63130

Trial court:             234th District Court of Harris County

This appeal was stayed pursuant to the Suggestion of Bankruptcy, filed in this Court on March 30, 2015, stating that appellant, Julie Fischer, had filed a petition for relief under Chapter 13 of Title 11, United States Code, in Case 15-31572, in the United States Bankruptcy Court for the Southern District of Texas. *See* TEX. R. APP. P. 8.2; *see also* 11 U.S.C. § 362(a) (automatic stay in bankruptcy). On May 14, 2014, appellee, David A. Fettner, Court-Appointed Receiver, notified the Court that the bankruptcy case had been dismissed and provided a copy of the Order of Dismissal. Accordingly, we **reinstate the case** on the Court's docket.

It is so ORDERED.

Judge's signature:     /s/ Terry Jennings
                       ☒ Acting individually     ☐ Acting for the Court

Date: May 28, 2015